[Cite as *Molecke v. Ohio Dept. of Transp.*, 2010-Ohio-3633.]



Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MELVYN L. MOLECKE

   Plaintiff

   v.

OHIO DEPARTMENT OF TRANSPORTATION

   Defendant

   Case No. 2009-06044-AD

Deputy Clerk Daniel R. Borchert

<u>MEMORANDUM DECISION</u>

FINDINGS OF FACT

{¶ 1} 1)   Plaintiff, Melvyn L. Molecke, filed this action against defendant, Department of Transportation (ODOT), alleging his 2008 Cadillac DTS was damaged as a proximate cause of negligence on the part of ODOT in maintaining a roadway construction area on Interstate 271 on June 3, 2009. Plaintiff requested damages in the amount of $278.89, the cost of automotive repair he incurred.

{¶ 2} 2)   Defendant filed an investigation report requesting plaintiff's claim be dismissed, advising that the claim was paid and settled by ODOT contractor, Karvo Paving Company. On August 24, 2009, check no. 080543 in the amount of $278.89, was sent to plaintiff as a full and final release of the claim against defendant. Plaintiff also executed a "Release of All Claims" document (copy submitted).

CONCLUSIONS OF LAW

{¶ 3} 1)   R.C. 2743.02(D) in pertinent part states: "Recoveries against the state shall be reduced by the aggregate of insurance proceeds, disability award, or

other collateral recovery received by the claimant." Upon review, the court finds that the money received by plaintiff is a recovery from a collateral source.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MELVYN L. MOLECKE

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2009-06044-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, plaintiff's claim is DISMISSED with prejudice. The court shall absorb the court costs for this claim in excess of the filing fee.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Melvyn L. Molecke                     Jolene M. Molitoris, Director

958 Belwood Drive                          Department of Transportation
Highland Heights, Ohio  44143               1980 West Broad Street
                                            Columbus, Ohio  43223

RDK/laa
3/18
Filed 3/25/10
Sent to S.C. reporter 8/6/10